# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ZEBRA TECHNOLOGIES CORPORATION, a corporation; and AFFILIATED FM INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>EXPEDITORS INTERNATIONAL OCEAN, INC., a corporation; EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., a corporation; CHINA SHIPPING (NORTH AMERICA) AGENCY CO., INC., a corporation; CHINA SHIPPING CONTAINER LINES CO., LTD., an entity of unknown form; and DOES ONE through TEN,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | **Case No. 2:15-cv-05022-AB-AS**<br><br>**ORDER RE: STIPULATION RE: VOLUNTARY DISMISSAL WITH PREJUDICE** |

1 | The stipulation of all parties to the action came on for
2 | consideration by the Honorable André Birotte Jr. The Court,
3 | having considered the parties' stipulation under Federal Rule
4 | of Civil Procedure 41(a)(1)(A)(ii), hereby dismisses the entire
5 | action, with prejudice, with each party to bear its costs and
6 | fees.

8 | IT IS SO ORDERED.

Dated: December 23, 2015   _____
Hon. André Birotte Jr.